RACINE ENGINE & MACHINERY CO. v. CONFECTIONERS' MACHINERY & MFG. CO. (Circuit Court of Appeals, Seventh Circuit. April 15, 1909.) No. 1,540. Appeal from the Circuit Court of the United States for the Eastern District of Wisconsin. For opinion below, see 163 Fed. 914. E. H. Rottum and Frank E. Dennett, for appellant. William Quinby, for appellee.

PER CURIAM. Affirmed.

———————

In re RUBEL et al. (Circuit Court of Appeals, Seventh Circuit. February 9, 1909.) Appeal from the District Court of the United States for the Eastern District of Wisconsin. See, also, 166 Fed. 131. Charles M. Morris, for appellant. W. E. Black, for appellee.

PER CURIAM. Order dismissing appeal.

———————

RUSHMORE v. SAXON. (Circuit Court of Appeals, Second Circuit. June 16, 1909.) No. 231. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 158 Fed. 499. Grafton L. McGill, for appellant. Alfred Wilkinson, for appellee. Before COXE, Circuit Judge, and HOLT and HAND, District Judges.

PER CURIAM. We see no way to distinguish this case from the case of Rushmore v. Manhattan Screw & Stamping Works, 163 Fed. 940, decided by this court July 27, 1908. The decree should be modified by excluding from its provisions the direction for an accounting and injunction against the use of the words "Flare Front" in connection with the sale by the defendant of search-light lamps for automobiles. As so modified, the decree should be affirmed, with one-half costs of this court.

———————

UNITED STATES v. AUGER. (Circuit Court of Appeals, Seventh Circuit. October 22, 1908.) No. 1,474. Appeal from the Circuit Court of the United States for the Western District of Wisconsin. For opinion below, see 153 Fed. 671. William G. Wheeler, for the United States. Victor T. Pierrelee, for appellee.

PER CURIAM. Appeal dismissed on stipulation of counsel.

———————

VAN RAALT et al. v. SCHNECK. (Circuit Court of Appeals. Seventh Circuit. November 10, 1908.) No. 1,504. Appeal from the Circuit Court of the United States for the Eastern District of Wisconsin. For opinion below, see 159 Fed. 248. Victor M. Harding, for appellants. Mark A. Kline, for appellee.

PER CURIAM. Affirmed.